158 A.3d 1238

**James ARCHER, Petitioner**

v.

**Mark GARMAN Superintendent of the State Correctional Institute at Rockview, Respondent**

No. 139 EM 2016

Supreme Court of Pennsylvania.

October 11, 2016

## ORDER

PER CURIAM

**AND NOW**, this 11th day of October, 2016, the Application for Leave to File Original Process is **GRANTED**, and the

758

Petition for Writ of Habeas Corpus and the Application for an Immediate Hearing are **DENIED.**